**Parties Represented:**[1]
- Anthem, Inc.
- The Anthem Companies, Inc.
- The Anthem Companies of California, Inc.
- Anthem Blue Cross Life and Health Insurance Company
- Blue Cross of California, d/b/a Anthem Blue Cross
- Blue Cross and Blue Shield of Georgia, Inc.
- Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield
- Empire Healthchoice Assurance d/b/a Empire Blue Cross Blue Shield
- Empire Healthchoice HMO, Inc. d/b/a Empire Blue Cross Blue Shield
- Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield
- Anthem Health Plans of Virginia Inc. d/b/a Anthem Blue Cross and Blue Shield
- Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield
- Anthem Life Insurance Company
- Anthem Health Plans, Inc. d/b/a Anthem Blue Cross Blue Shield
- Anthem Insurance Companies, Inc.
- Anthem Health Plans of New Hampshire, Inc., d/b/a Anthem Blue Cross and Blue Shield
- Amerigroup Corporation
- Anthem Health Plans of Maine, Inc., d/b/a Anthem Blue Cross and Blue Shield
- RightCHOICE Managed Care, Inc.
- HMO Missouri, Inc.
- Healthy Alliance Life Insurance Company
- Blue Cross Blue Shield of Wisconsin, d/b/a Anthem Blue Cross and Blue Shield
- Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield
- UNICARE Health Plan of West Virginia, Inc.

**Case Captions:**

- Appearing on behalf of all above named defendants in the following cases:

    *Ames, et al. v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00465)*

    *Babbitt v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00394)*

    *Bazley v. Anthem, Inc., et al. (W.D. Pa., Case No. 2:15-cv-00226)*

    *Becker, et al. v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00230)*

    *Bell, et al. v. Anthem, Inc., et al. (C.D. Cal., Case No. 2:15-cv-01214)*

---

[1] These are the correct legal names of the entities that Plaintiffs have named or appear to have attempted to name as defendants in the 89 class action complaints.

*Bell v. Anthem, Inc., et al. (S.D. Ga., Case No. 4:15-cv-00067)*

*Blain, et al. v. Anthem, Inc. S.D. Ind., (Case No. 1:15-cv-00288)*

*Brescia v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00203)*

*Brock v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00289)*

*Brown v. Anthem, Inc. (N.D. Cal., Case No. 3:15-cv-00710)*

*Cahill v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00214)*

*Chehrazi v. Anthem, Inc., (S.D. Ind., Case No. 1:15-cv-00326)*

*Coler v. Anthem, Inc., (D.N.H., Case No. 1:15-cv-00090)*

*D'Angelo, et al. v. Anthem, Inc., et al. (N.D. Ga., Case No. 1:15-cv-00371)*

*Daniels v. Anthem, Inc. (D. Mass., Case No. 1:15-cv-10530)*

*Doe v. Anthem, Inc., et al. (C.D. Cal., Case No. 2:15-cv-00934)*

*Douglass v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00307)*

*Edwards, et al. v. Anthem, Inc., et al. (S.D. Cal., Case No. 3:15-cv-00318)*

*Farber v. Anthem, Inc., et al. (N.D. Cal., Case No. 4:15-cv-01308)*

*Fessia v. Anthem, Inc., et al. (S.D. Cal., Case No. 3:15-cv-00431)*

*Foley v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00330)*

*Garson v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-000180)*

*Giotta v. Anthem, Inc., et al. (N.D. Cal., Case No. 5:15-cv-00618)*

*Haag v. Anthem, Inc., et al. (M.D. Fla., Case No. 6:15-cv-00238)*

*Haas v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00518)*

*Hadley v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00403)*

*Harker v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00223)*

*Hayes, et al. v. Anthem, Inc., et al. (N.D. Ohio, Case No. 1:15-cv-00284)*

*Hayes v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00526)*

*Heaton v. Anthem, Inc., et al. (N.D. Cal., Case No. 3:15-cv-00656)*

*Hills v. Anthem, Inc. (D. Col., Case No. 1:15-cv-00314)*

*Hodges v. Anthem, Inc., et al. (E.D. Ark., Case No. 4:15-cv-00083)*

*Hood v. Anthem, Inc., et al. (C.D. Cal., Case No. 2:15-cv-00918)*

*Hudson, et al. v. Anthem, Inc., et al. (C.D. Cal., Case No. 8:15-cv-00296)*

*Hummel, et al. v. Anthem, Inc. et al. (N.D. Cal., Case No. 3:15-cv-01027)*

*Hurley v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00247)*

*Hyde v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00319)*

*Ifversen v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00209)*

*Immerman, et al. v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00208)*

*Jigarjian v. Anthem, Inc. (S.D. Cal., Case No. 3:15-cv-00316)*

*Jones v. Anthem, Inc., et al. (N.D. Ga., 1:15-cv-00663)*

*Juliano v. Anthem, Inc., et al. (N.D. Ala., Case No. 2:15-cv-00219)*

*Kamal, et al. v. Anthem, Inc., et al. (S.D.N.Y., Case No. 15-cv-00984)*

*Kaslowitz v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00188)*

*Keeton v. Anthem, Inc., et al. (E.D. Mo., Case No. 4:15-cv-00513)*

*Keyser v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00178)*

*Kirby v. Anthem, Inc., et al. (C.D. Cal., Case No. 2:15-cv-00820)*

*Lesher, et al. v. Anthem, Inc., et al. (S.D. Ind., Case no. 1:15-cv-00204)*

*Liu v. Anthem, Inc., et al. (C.D. Cal., Case no. 8:15-cv-00215)*

*Macros, et al. v. Anthem, Inc., et al. (N.D. Cal., Case No. 4:15-cv-00674)*

*Maric v. Anthem, Inc., et al. (W.D. Ky., Case No. 3:15-cv-00134)*

*Mason v. Anthem, Inc., et al. (D. Me. 2:15-cv-00086)*

*McInnis v. Anthem, Inc., et al. (D. Kan., Case No. 2:15-cv-02577)*

*McKinley, et al. v. Anthem, Inc., et al. (S.D. Ohio, Case No. 1:15-cv-00096)*

*Meadows v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00163)*

*Meer v. Anthem, Inc., et al. (S.D. Cal., Case No. 3:15-cv-00289)*

*Mellon v. Anthem, Inc. (D. Col., Case No. 1:15-cv-00323)*

*Mertz v. Anthem, Inc., (S.D. Ind., Case No. 1:15-cv-00422)*

*Mitchel v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00207)*

*Moran v. Anthem, Inc., et al. (E.D. Cal., Case No. 2:15-00460)*

*Morris v. Anthem, Inc., et al. (C.D. Cal., Case No. 8:15-cv-00196)*

*Napoleon v. Anthem, Inc., et al. (S.D. Cal., Case No. 3:15-cv-00293)*

*Nicoll v. Anthem, Inc., et al. (E.D.N.Y., Case No. 2:15-cv-00704)*

*Pantuso v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00181)*

*Paracha, et al. v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00349)*

*Park v. Anthem, Inc., et al. (N.D. Cal., Case No. 3:15-cv-00709)*

*Peterman v. Anthem, Inc., et al. (D. Conn., Case No. 3:15-cv-00250)*

*Petty v. Anthem, Inc. (S.D.N.Y., Case No. 1:15-cv-01177)*

*Pierpont v. Anthem, Inc., et al. (D. Conn., Case No. 3:15-cv-00292)*

*Powell, et al. v. Anthem, Inc., et al. (E.D. Cal., Case No. 2:15-cv-00314)*

*Pratt v. Anthem Inc., (D. Nev., Case No. 2:15-cv-00401)*

*Redhead v. Anthem, Inc., et al., (E.D.N.Y., Case No. 1:15-cv-01309)*

*Ruhlemann v. Anthem, Inc., et al (D. Conn., Case No. 3:15-cv-00345)*

*Sabatino v. HMO Missouri, Inc., et al., (E.D. Mo., Case No. 4:15-cv-00575)*

*Salerno v. Anthem, Inc. (C.D. Cal., Case No. 2:15-cv-01144)*

*Schneider, et al. v. Anthem, Inc., et al. (S.D.N.Y., Case No. 1:15-cv-00920)*

*Scofield v. Anthem, Inc., et al. (E.D.N.C., Case No. 4:15-cv-00040)*

*Schiltz, et al. v. Anthem, Inc., et al. (S.D. W. Va., Case No. 2:15-cv-04083)*

*Sizemore v. Anthem, Inc., (S.D. Ohio, Case No. 2:15-cv-00897)*

*Slater v. Anthem, Inc., et al. (S.D. Cal., Case No. 3:15-cv-00279)*

*Sojourner v. Anthem, Inc. (N.D. Cal., Case No. 3:15-cv-00637)*

*Staffieri v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00287)*

*Swank v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00480)*

*Szalankiewicz v. Anthem, Inc. (S.D. Ind., Case No. 1:15-cv-00393)*

*Trawick v. Anthem, Inc., et al. (S.D. Cal., Case No. 3:15-cv-00321)*

*Vasquez, et al. v. Blue Cross of California, et al. (C.D. Cal. 2:15-cv-02055)*

*Weinberger v. Anthem, Inc., et al. (S.D. Ind., Case No. 1:15-cv-00201)*

*Xides v. Anthem, Inc., et al. (N.D. Ohio, Case No. 4:15-cv-00638)*

*Zand v. Anthem, Inc., et al. (N.D. Cal., Case No. 3:15-cv-00638)*